closed

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| MACY'S INCORPORATED, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> INITIATIVE LEGAL GROUP, APC, *et al.*, <br><br>    Defendants. | CV 15-00370 TJH (PLAx) <br><br><br> **Judgment** |

    Having issued an order granting Defendants' motion to dismiss and motion to strike, after deeming the motion to strike a second motion to dismiss,

    **It is hereby Ordered, Adjudged and Decreed** that **Judgment** be, and hereby is, **Entered** in favor of Defendants Initiative Legal Group APC, Monica Balderrama and Arthur Meneses; and against Plaintiffs Macy's Inc. and Macy's West Stores, Inc.  Plaintiffs Macy's Inc. and Macy's West Stores, Inc. shall take nothing.

Date: August 4, 2015

                                                      *Terry J. Hatter, Jr.*
                                                    Terry J. Hatter, Jr.
                                         Senior United States District Judge